# ⱼCourt of Appeals
# of the State of Georgia

ATLANTA,    July 03, 2012

*The Court of Appeals hereby passes the following order:*

## A12A0071. CAMPBELL v. THE STATE.

On March 14, 2011, Terry Campbell entered a negotiated plea of guilty to one count of aggravated assault and was sentenced to 10 years, to serve five years in prison. On March 30, 2011, he filed a direct appeal "from the final judgment." On July 29, 2011, he timely filed a motion for modification of sentence. See OCGA 17-10-1 (f) (a trial court has broad authority and discretion to correct, reduce, or modify a sentence "within one year of the date upon which the sentence is imposed." ) The trial court, however, did not rule on the motion.

On appeal, Campbell, proceeding pro se, requests that this Court "grant" his motion for modification; however, "we are a court for the correction of errors, we do not consider issues which were not . . . ruled on by the trial court." *Ward v. State*, 299 Ga. App. 826, 827 (683 SE2d 894) (2009).  In the absence of a ruling by the trial court, we have nothing to review. *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010).

Accordingly, this appeal is REMANDED to the trial court for a ruling on Campbell's motion to modify sentence. As we have treated the denial of a timely motion for sentence modification as directly appealable, *Anderson v. State*, 290 Ga App 890 (660 SE2d 876) (2008), Campbell shall have 30 days after the trial court's ruling in which to file his notice of appeal.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/03/2012
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*